IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADE SHOWS, INC.,<br><br>        Plaintiff,<br><br>vs.<br><br>YRC WORLDWIDE, INC., PERRY MARTIN WARE,<br><br>        Defendants/Third-Party Plaintiffs,<br><br>vs.<br><br>BARBARA BRITO DE LA TORRE, BBT TRANSPORT, INC., a Florida corporation, and KEEP GOING SERVICES CORP.,<br><br>        Third-Party Defendants. | 4:13CV3124<br><br>**AMENDED PROGRESSION ORDER** |

    After conferring with the parties, the Third-Party Defendants' motion to amend the progression order, (Filing No. 82), is granted, and the final progression schedule is amended as follows:

1)    The jury trial of this case is set to commence before Richard G. Kopf, Senior United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on **November 16, 2015**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2)    The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **November 3, 2015** at **11:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on November 2, 2015. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) The deadline for moving to amend pleadings or add parties is January 2, 2015

4) The discovery deadline (for both written and deposition discovery) is October 2, 2015. Motions to compel must be filed by October 16, 2015. **Note:** To facilitate a prompt ruling on any discovery disputes, motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| As to Plaintiff's claims and Third-Party Plaintiffs' claims: | April 1, 2015 |
| As to defenses and responses by the Defendants and Third Party-Defendants to the Plaintiff's and Third-Party Plaintiffs' claims: | June 1, 2015 |
| Any rebuttal by the Plaintiff and the Third-Party Plaintiffs: | July 1, 2015 |

6) The deadline for filing motions to dismiss, motions for summary judgment, and motions to exclude testimony on *Daubert* and related grounds is July 31, 2015.[1]

December 1, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] To facilitate the court's review, the parties are strongly encouraged to include hyperlinks to the evidence, CM/ECF record, and all legal authorities cited within their briefs filed in support of, or in opposition to, any motions filed. See NECivR 7.1. For instructions, see "Hyperlinking Information" at http://www.ned.uscourts.gov/attorney/electronic-case-filing.