IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WADE SHOWS, INC.,<br><br>                Plaintiff,<br><br>vs.<br><br>YRC WORLDWIDE, INC., AND PERRY MARTIN WARE,<br><br>                Defendants. | 4:13CV3124<br><br>ORDER |

The motion for status conference, (Filing No. 154), is granted, and after conferring with counsel,

IT IS ORDERED:

1) The motion for leave to restrict, (Filing No. 159), is granted. Filing 153 shall remain filed under restricted access.

2) The motion to extend, (Filing No. 152), is granted in part and denied in part as follows:

   a) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   - As to Third Party-Defendants' responses, claims, and defenses:   September 25, 2015
   - Any responses to the Third Party-Defendants' disclosures:   October 9, 2015
   - Any supplemental or rebuttal by Third Party-Defendants:   October 16, 2015

   b) Counsel are encouraged to promptly schedule any anticipated expert depositions and/or alternative dispute resolution to avoid any disruption with the trial date.

   c) The pretrial conference and trial remain scheduled for November 3, 2015 and November 16, 2015, respectively.

September 11, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge